**Order entered November 15, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00580-CV

**TERENCE E. SUMNER, Appellant**

**V.**

**HARBOR OWNERS ASSOCIATION, INC. A/K/A HARBORSIDE ESTATES & HARBORVIEW ADDITION, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-09417**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on December 18, 2018. The appeal will be resubmitted in the first quarter of 2019.

/s/    DAVID L. BRIDGES
        PRESIDING JUSTICE